**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LAURA M. DESIMONE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Action No. 1:24-cv-00221. |
| v. | ) | |
| OFFICE OF THE INSPECTOR GENERAL, | ) | |
| DEPARTMENT OF DEFENSE | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, Ms. Laura DeSimone, hereby voluntarily dismisses her claim against the Defendant, Office of the Inspector General, Department of Defense. Pursuant to Rule 41(a)(1)(B), this dismissal is without prejudice, and Ms. DeSimone reserves the right to bring the claims stated in her Complaint, or other claims arising out of the same controversy, against the Defendant again.

A proposed order is attached.

Dated February 2, 2024.                     Respectfully submitted,

/s/*David P. Sheldon*
David P. Sheldon (DC Bar # 446039)
Law Offices of David P. Sheldon, P.L.L.C.
100 M Street, S.E., Suite 600
Washington, DC  20003
Tel: 202.546.9575
Fax: 202.546.0135
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAURA M. DESIMONE, | ) |
| | ) |
| *Plaintiff*, | ) |
| | )  Civil Action No. 1:24-cv-00221. |
| v. | ) |
| OFFICE OF THE INSPECTOR GENERAL, | ) |
| DEPARTMENT OF DEFENSE | ) |
| | ) |
| | ) |
| *Defendant*. | ) |

## PROPOSED ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Court has reviewed Plaintiff's notice of voluntary dismissal without prejudice.

Pursuant to Rule 41(a)(1)(B), the Court determines that this dismissal is without prejudice, and

that Ms. DeSimone retains the right to bring the claims stated in her Complaint, or other claims

arising out of the same controversy, against the Defendant again. So **ORDERED**.

Signed this ___ day of _____, 2024.

_____

## <u>CERTIFICATE OF SERVICE</u>

I, undersigned, hereby certify that a true and correct copy of the foregoing was filed electronically with the Court's ECF electronic filing system and delivered electronically to counsel of record for the Defendant, listed below, this 2nd day of February, 2024.

Bradley G. Silverman
bradley.silverman@usdoj.gov

<u>/s/<i>David P. Sheldon</i></u>
David P. Sheldon
